**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

MICHAEL ANDRE PEAVY,

      Plaintiff,

v.                                  Case No.  3:19-cv-334-LC/MJF

ESCAMBIA COUNTY SHERIFFS
OFFICE and LATONYA CROCKER,

      Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 24, 2019 (ECF No. 13).  Efforts have been made to furnish Plaintiff a copy of the Report and Recommendation and afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  All mail has been returned as undeliverable.  No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This action is **DISMISSED without prejudice** for failure to comply with multiple court orders, failure to prosecute, failure to pay the filing fee, and failure to keep the Court advised of his mailing address.

3.     The clerk of court is directed to close the case file.

**DONE AND ORDERED** this 17th day of January, 2020.

s/*L. A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**